Order issued September 6, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00939-CR
No. 05-12-00070-CR

**MICHAEL MARSHALL, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

The State's September 4, 2012 motion to extend the time for filing a brief is **GRANTED**.

The State's brief, received on September 4, 2012, is **ORDERED** filed as of the date of this order.

DAVID L. BRIDGES
PRESIDING JUSTICE